# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| FRANK P. SORANNO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 96 C 7882 |
| | ) | |
| v. | ) | Judge Ronald A. Guzmán |
| | ) | |
| NEW YORK LIFE INSURANCE COMPANY, et al., | ) | Magistrate Judge Ian H. Levin |
| | ) | |
| Defendants. | ) | |

## NEW YORK LIFE'S REQUEST FOR ENTRY OF JUDGMENT

New York Life Insurance Company and New York Life Insurance Life and Annuity Company (collectively New York Life) request the entry of judgment on a separate document pursuant to Fed. R. Civ. P. 58(d). In support of this request, New York Life states as follows:

This is a multiple-claim, multiple-party case which was tried in part to the jury and in part to the Court. The jury rendered its verdicts in 2001. The court rendered its decisions on certain plaintiffs' consumer fraud claims against New York Life in 2005. In a document filed on January 23, 2007, the plaintiffs stated that they have "abandoned" their claims against defendant David E. Freitag. Accordingly, "all of the claims and the rights and liabilities of all of the parties" now appear to have been adjudicated or otherwise disposed of under Fed. R. Civ. P. 54(b) and the case awaits entry of judgment.

A form of judgment is attached. In preparing the judgment New York Life has assumed (1) that the Court does not intend to award plaintiffs duplicate recoveries by awarding plaintiffs the damages as determined by the jury plus the damages for consumer fraud determined by the Court and (2) that the Court intends to apportion the punitive damages assessed by the Court among the persons awarded consumer fraud damages in proportion to their compensatory

damage awards. The judgment awards certain plaintiffs an aggregate compensatory award of $12,473,710.16, and punitive damages of $8,504,190.89. The total judgment amount, therefore, is $20,977,901.05.

In making this motion and suggesting a form of judgment, New York Life seeks to facilitate review of these proceedings and does not necessarily signify agreement with the jury's verdicts, the prior decisions of this Court, or, indeed, the substance of the judgment itself, including all amounts awarded by the Court. New York Life reserves all of its rights, including its right to appeal from any final judgment entered by this Court.

                                                  NEW YORK LIFE INSURANCE COMPANY

                                                  By:     s/ Martin G. Durkin, Jr.
                                                            One of their attorneys

Martin G. Durkin, Jr.
Christopher J. Murdoch
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Flr.
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312) 578-6666

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 5, 2007 a copy of the foregoing **New York Life's Request for Entry of Judgment** was filed electronically through the CM/ECF system and served through the CM/ECF system upon counsel of record.

                                                  s/ Martin G. Durkin, Jr.